IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **ALI S. MUHAMMAD,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | ) | |
| | ) | **1:21-cv-00626-TWT-JKL** |
| v. | ) | |
| | ) | |
| **FLAGSHIP CREDIT ACCEPTANCE,** | ) | |
| **LLC, AND EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Ali S. Muhammad, by and through his undersigned counsel, and Defendants Flagship Credit Acceptance, LLC and Experian Information Solutions Inc., by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, with each party to bear his or its own costs, expenses, and fees.

1

RESPECTFULLY SUBMITTED this 27th day of October 2022,

By: */s/ Ian E. Smith*
Ian E. Smith
Georgia Bar No. 661492
Law Office of Ian Smith
1700 Northside Drive
STE A7-1705
Atlanta, Georgia 30318
Telephone: (770) 329-3772
Facsimile: (404) 645-7787
ianesmithesq@gmail.com
*Attorney for Ali S. Muhammad*

By: */s/ Matthew T. Covell*
Georgia Bar No. 190735
matthew.covell@hklaw.com
Holland & Knight LLP
Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 817-8500
Facsimile: (404) 881-0470
*Attorneys for Flagship Credit Acceptance, LLC*

By: */s/ Kim A. Purcell*
Kim A. Purcell
Georgia Bar No. 579710
Jones Day
1221 Peachtree St. NE STE 400
Atlanta, Georgia 30361
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
*Attorneys for Experian Information Solutions, Inc.*